UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTHONY NEUMAN,

        Petitioner,        Case No. 1:12-cv-1276

v.        Honorable Paul L. Maloney

MARY BERGHUIS,

        Respondent.
_____/

## ORDER

In accordance with the Opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.

Dated:   January 25, 2013               /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge